# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 22-00527-PA | Date | December 19, 2022 |
|---|---|---|---|

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Kamilla Sali-Suleyman | Not Reported | Kyle W. Kahan - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JESSE GUTIERREZ | NOT | | X | Alejandro Barrientos, DFPD | NOT | | X |

**Proceedings:** IN CHAMBERS ORDER

Trial is scheduled for February 7, 2023, at 8:30 a.m. before United States District Judge Percy Anderson, Courtroom No. 9A, 350 West 1st Street, Los Angeles, California 90012. The Court orders a trial date, final status conference date, and briefing schedule. See Criminal Trial Order. The deputy clerk is ordered to serve on counsel a copy of the Court's Criminal Trial Order. The Final Status Conference is scheduled for January 30, 2023, at 3:00 p.m. Jury trial is set for Tuesday, February 7, 2023, at 8:30 a.m.

Any motions, including motions in limine, and notices required by Rule 12, 12.1 and 12.2 shall be filed by January 9, 2023. Oppositions to motions shall be filed by January 17, 2023, and replies are to be filed by January 24, 2023. Motions will be heard at the final status conference on January 30, 2023, at 3:00 p.m.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
|  | Initials of Deputy Clerk   vdr |

**cc:** USMO, PSA